**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

JP Morgan Chase Bank, National Association

                                                                         Plaintiff,

v.                                                                                     Case No.: 1:19−cv−05770

                                                                                   Honorable Thomas M. Durkin

Federal Deposit Insurance Corporation, As Receiver for Washington Federal Bank for Savings, et al.

                                                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 16, 2021:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [152]. Further joint status report on the same topics as the present status report due on or before 08/30/2021. The parties should be mindful that, notwithstanding any preference to take depositions in person, they cannot expect this in the current environment, nor can they reasonably expect the case to be put on hold until that changes. To be more specific, the parties are to assume that all depositions will have to be taken by remote means (unless both sides and the witness consent to an in−person deposition) and are to plan accordingly. Delay due to a desire to take in−person depositions at a later date will not be a basis for extending any discovery deadline beyond the current deadline. The parties may contact chambers at any time (via email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.