IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-CV-05770 |
| ROBERT KOWALSKI, AKA ROBERT M. KOWALSKI; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; CHICAGO TITLE LAND TRUST COMPANY s/i/i TO BRIDGEVIEW BANK GROUP FKA BRIDGEVIEW BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED APRIL 24, 1993 AND KNOWN AS TRUST NUMBER 1-2228; MARTHA PADILLA; FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1512 W. Polk Street Chicago, IL 60607 |
| Defendants. | ) | |

**JOINT STATUS REPORT ON DISCOVERY**

The parties hereby jointly submit this Status Report on Discovery pursuant to Court Order. (*See* Dkt. 153).

**A.     PROGRESS ON DISCOVERY**

1.     Plaintiff JPMorgan Chase Bank, N.A., Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Federal Bank for Savings and Defendant Martha Padilla continue to issue and respond to written discovery requests and subpoenas pursuant to the discovery schedule and deadline for completion of fact discovery by September 30, 2021.

2.     The remote deposition of Defendant Martha Padilla is noticed for September 21, 2021.

3. Discovery remains stayed as to Third-Party Defendant First Midwest Bank. (*See* Dkt. 141.)

**B.     PROGRESS ON SETTLEMENT DISCUSSIONS.**

There has not been any significant progress on settlement since the settlement conference on May 13, 2021.

**C.     ANY OTHER ISSUES TO REPORT TO THE COURT.**

First Midwest Bank's *Motion to Dismiss Padilla's First Amended Third-Party Complaint* is now fully briefed.

### SUBMITTED JOINTLY AND BY AGREEMENT OF THE PARTIES:

Date:   August 30, 2021

| **PLAINTIFF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | **DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS** |
|---|---|
| */s/ Shana A. Shifrin*<br>Shana A. Shifrin (sshifrin@burkelaw.com)<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 21st Floor<br>Chicago, Illinois 60611-3607<br>Telephone: (312) 840-7000<br>Facsimile: (312) 840-7900 | */s/ Jordana E. Thomadsen*<br>James M. Dash (jdash@carlsondash.com)<br>Jordana E. Thomadsen (jthomadsen@carlsondash.com)<br>Carlson Dash, LLC<br>216 Jefferson St., Ste 504<br>Chicago, Illinois 60661<br>Telephone:  (312) 382-1600<br>Facsimile:  (312) 382-1619 |
| Peter M. King (pking@kingholloway.com)<br>King Holloway LLC<br>526 Crescent Blvd., Suite 318<br>Glen Ellyn, Illinois 60137<br>Telephone:  (312) 724-8221<br>Facsimile:  (312) 724-8260 | Eric S. Rein (rrein@hmblaw.com)<br>Matthew R. Barrett (mbarrett@hmblaw.com)<br>Horwood Marcus & Berk Chartered<br>500 Madison St., Ste 3700<br>Chicago, Illinois 60661<br>Telephone:  (312) 606-3200<br>Facsimile:  (312) 606-3232 |

| **DEFENDANT MARTHA PADILLA** | **THIRD-PARTY DEFENDANT FIRST MIDWEST BANK** |
|---|---|
| */s/ Joseph R. Ziccardi*<br>Joseph R. Ziccardi<br>(jziccardi@ziccardilaw.com)<br>Ziccardi Law Offices<br>77 W. Washington Street, Suite 705<br>Chicago, Illinois 60602-3641<br>Telephone: (312) 372-3477 | */s/ Adam B. Rome*<br>Adam B. Rome (arome@grglegal.com)<br>Zachary P. Mulcrone<br>(zmulcrone@grglegal.com)<br>Greiman, Rome & Griesmeyer, LLC<br>205 West Randolph, Suite 2300<br>Chicago, Illinois 60606<br>Telephone: (312) 428-2743<br>Facsimile: (312) 332-2781 |