IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-CV-05770 |
| ROBERT KOWALSKI, AKA ROBERT M. KOWALSKI; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; CHICAGO TITLE LAND TRUST COMPANY s/i/i TO BRIDGEVIEW BANK GROUP FKA BRIDGEVIEW BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED APRIL 24, 1993 AND KNOWN AS TRUST NUMBER 1-2228; MARTHA PADILLA; FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1512 W. Polk Street Chicago, IL 60607 |
| Defendants. | ) | |

**JOINT STATUS REPORT ON DISCOVERY**

The parties hereby jointly submit this Status Report on Discovery pursuant to Court Order. (*See* Dkt. 166).

**A.     PROGRESS ON DISCOVERY**

At the remote deposition of Defendant Martha Padilla completed on September 27, 2021, she agreed to produce documents that she is now the sole beneficiary of the subject property. No such documents have been produced as of this filing.

**B.     EXPERT WITNESS DISCOVERY**

This pertains solely as to the principal lawsuit and not the third-party complaint. The parties propose that Martha Padilla disclose by November 12, 2021 any expert witness(es) she intends to

use at trial to present evidence under Federal Rule of Evidence 702, 703 or 705, including providing a written report in accordance with Fed. R. Civ. P. 26(a)(2). Any party may depose such expert witness(es) presented by Martha Padilla by December 3, 2021. Any party may disclose any rebuttal expert witness(es), including providing a written report, by December 31, 2021. Any deposition of a rebuttal witness shall be conducted by January 25, 2022.

*[INTENTIONALLY LEFT BLANK]*

**SUBMITTED JOINTLY AND BY AGREEMENT OF THE PARTIES:**

Date: October 15, 2021

| **PLAINTIFF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | **DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS** |
|---|---|
| */s/ Shana A. Shifrin*<br>Shana A. Shifrin (sshifrin@burkelaw.com)<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 21st Floor<br>Chicago, Illinois 60611-3607<br>Telephone: (312) 840-7000<br>Facsimile: (312) 840-7900 | */s/ James M. Dash*<br>James M. Dash (jdash@carlsondash.com)<br>Jordana E. Thomadsen (jthomadsen@carlsondash.com)<br>Carlson Dash, LLC<br>216 Jefferson St., Ste 504<br>Chicago, Illinois 60661<br>Telephone: (312) 382-1600<br>Facsimile: (312) 382-1619 |
| */s/ Peter M. King*<br>Peter M. King (pking@kingholloway.com)<br>King Holloway LLC<br>526 Crescent Blvd., Suite 318<br>Glen Ellyn, Illinois 60137<br>Telephone: (312) 724-8221<br>Facsimile: (312) 724-8260 | */s/ Eric S. Rein*<br>Eric S. Rein (rrein@hmblaw.com)<br>Matthew R. Barrett (mbarrett@hmblaw.com)<br>Horwood Marcus & Berk Chartered<br>500 Madison St., Ste 3700<br>Chicago, Illinois 60661<br>Telephone: (312) 606-3200<br>Facsimile: (312) 606-3232 |
| **DEFENDANT MARTHA PADILLA** | **THIRD-PARTY DEFENDANT FIRST MIDWEST BANK** |
| */s/ Joseph R. Ziccardi*<br>Joseph R. Ziccardi (jziccardi@ziccardilaw.com)<br>Ziccardi Law Offices<br>77 W. Washington Street, Suite 705<br>Chicago, Illinois 60602-3641<br>Telephone: (312) 372-3477 | */s/ Adam B. Rome*<br>Adam B. Rome (arome@grglegal.com)<br>Zachary P. Mulcrone (zmulcrone@grglegal.com)<br>Greiman, Rome & Griesmeyer, LLC<br>205 West Randolph, Suite 2300<br>Chicago, Illinois 60606<br>Telephone: (312) 428-2743<br>Facsimile: (312) 332-2781 |