# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:19-CV-05770 |
| ROBERT KOWALSKI, AKA ROBERT M. KOWALSKI; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; CHICAGO TITLE LAND TRUST COMPANY s/i/i TO BRIDGEVIEW BANK GROUP FKA BRIDGEVIEW BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED APRIL 24, 1993 AND KNOWN AS TRUST NUMBER 1-2228; MARTHA PADILLA; FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1512 W. Polk Street Chicago, IL 60607 |
| Defendants. ) | |

**JOINT STATUS REPORT ON DISCOVERY**

The parties hereby jointly submit this Status Report on Discovery pursuant to Court Order. (*See* Dkt. 179).

**A.    PROGRESS ON DISCOVERY**

1. Fact discovery has been completed as to the principal parties.

2. Discovery remains stayed as to Third-Party Defendant First Midwest Bank pending disposition of First Midwest Bank's *Motion to Dismiss Padilla's First Amended Third-Party Complaint*. (*See* Dkt. 141.)

B.   **EXPERT WITNESS DISCOVERY**

Martha Padilla disclosed two expert witnesses. Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Federal Bank for Savings ("FDIC-R") filed a Motion to Strike the Expert Report of Expert Randall Hughes on January 5, 2022. (Dkt. 183.) Plaintiff JPMorgan Chase Bank, N.A. also has filed a Motion to Strike this report and joined the FDIC-R's Motion. (Dkt. 186.) Pursuant to an agreed briefing schedule, Padilla's Response to the Motions to Strike is due February 9, 2022, and replies by FDIC-R and Chase are due February 23, 2022. (Dkt. 185.)

No expert rebuttal witnesses were disclosed by the December 31, 2022 deadline, and there is no outstanding expert discovery.

C.   **PROGRESS ON SETTLEMENT DISCUSSIONS.**

There has not been any significant progress on settlement since the settlement conference on May 13, 2021.

D.   **ANY OTHER ISSUES TO REPORT TO THE COURT.**

First Midwest Bank's *Motion to Dismiss Padilla's First Amended Third-Party Complaint*, Chase's *Motion for Summary Judgment as to the First Affirmative Defense of Defendant Martha Padilla*, and FDIC-R's *Motion for Summary Judgment as to the Second Amended Counterclaim of Defendant Martha Padilla* are all fully briefed.

**SUBMITTED JOINTLY AND BY AGREEMENT OF THE PARTIES:**

Date: January 27, 2022

| **PLAINTIFF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | **DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS** |
|---|---|
| */s/ Shana A. Shifrin*<br>Shana A. Shifrin (sshifrin@burkelaw.com)<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 21st Floor<br>Chicago, Illinois 60611-3607<br>Telephone: (312) 840-7000<br>Facsimile: (312) 840-7900 | */s/ Jordana E. Thomadsen*<br>James M. Dash (jdash@carlsondash.com)<br>Jordana E. Thomadsen (jthomadsen@carlsondash.com)<br>Carlson Dash, LLC<br>216 Jefferson St., Ste 504<br>Chicago, Illinois 60661<br>Telephone: (312) 382-1600<br>Facsimile: (312) 382-1619 |
| */s/ Peter M. King*<br>Peter M. King (pking@kingholloway.com)<br>King Holloway LLC<br>526 Crescent Blvd., Suite 318<br>Glen Ellyn, Illinois 60137<br>Telephone: (312) 724-8221<br>Facsimile: (312) 724-8260 | */s/ Rick Rein*<br>Eric S. Rein (rrein@hmblaw.com)<br>Matthew R. Barrett (mbarrett@hmblaw.com)<br>Horwood Marcus & Berk Chartered<br>500 Madison St., Ste 3700<br>Chicago, Illinois 60661<br>Telephone: (312) 606-3200<br>Facsimile: (312) 606-3232 |
| **DEFENDANT MARTHA PADILLA** | **THIRD-PARTY DEFENDANT FIRST MIDWEST BANK** |
| */s/ Joseph R. Ziccardi*<br>Joseph R. Ziccardi (jziccardi@ziccardilaw.com)<br>Ziccardi Law Offices<br>77 W. Washington Street, Suite 705<br>Chicago, Illinois 60602-3641<br>Telephone: (312) 372-3477 | */s/ Adam B. Rome*<br>Adam B. Rome (arome@grglegal.com)<br>Zachary P. Mulcrone (zmulcrone@grglegal.com)<br>Greiman, Rome & Griesmeyer, LLC<br>205 West Randolph, Suite 2300<br>Chicago, Illinois 60606<br>Telephone: (312) 428-2743<br>Facsimile: (312) 332-2781 |