IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-CV-05770 |
| ROBERT KOWALSKI, AKA ROBERT M. KOWALSKI; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; CHICAGO TITLE LAND TRUST COMPANY s/i/i TO BRIDGEVIEW BANK GROUP FKA BRIDGEVIEW BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED APRIL 24, 1993 AND KNOWN AS TRUST NUMBER 1-2228; MARTHA PADILLA; FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1512 W. Polk Street Chicago, IL 60607 |
| Defendants. | ) | |

**JOINT STATUS REPORT ON DISCOVERY**

The parties hereby jointly submit this Status Report on Discovery pursuant to Court Order. (*See* Dkt. 194).

**A.    PROGRESS ON DISCOVERY**

1. Fact discovery has been completed as to the principal parties.

2. Discovery was stayed as to Third-Party Defendant First Midwest Bank pending disposition of First Midwest Bank's *Motion to Dismiss Padilla's First Amended Third-Party Complaint*. (*See* Dkt. 141).

3. On March 31, 2022, the Court issued a Memorandum Opinion and Order (Dkt. 193) (a) granting Chase's Motion for Partial Summary Judgment on Padilla's First Affirmative Defense,

(b) granting the FDIC's Motion for Summary Judgment on Padilla's First Affirmative Defenses to its Second Amended Counterclaim; (c) granting the Motions of Chase and the FDIC striking the expert report of Randall Hughes, and (d) denying First Midwest Bank's Motion to Dismiss Padilla's First Amended Third-Party Complaint.

**B.     PROGRESS ON SETTLEMENT DISCUSSIONS.**

Since the March 31, 2022 ruling, the parties are discussing settlement. Padilla has made settlement offers to both Chase and the FDIC. Counsel for Padilla and First Midwest Bank have briefly discussed settlement, but do not believe they are able to settle the Third-Party Complaint issues at this time. The parties are interested in a second pre-trial settlement conference with respect to the primary claims between Chase, the FDIC, and Padilla. However, the FDIC and Chase have a precondition to a second settlement conference, which is access to the subject property to allow for a full appraisal, including a full interior inspection, without limitation, by an independent third-party appraiser retained by Chase or the FDIC. Padilla has agreed to provide interior access at a mutually agreeable date and time. The FDIC and Chase will not participate in another settlement conference unless they can obtain access to the property and obtain a completed independent appraisal.

**C.     PROPOSED DISCOVERY SCHEDULE ON THIRD-PARTY COMPLAINT**

1. First Midwest Bank will answer the First Amended Third-Party Complaint by May 6, 2022.

2. Padilla and First Midwest Bank will issue written party discovery on or before May 27, 2022.

3. Responses to written party discovery requests on the Third-Party Complaint will be completed by June 27, 2022.

4. First Midwest Bank will file an Agreed Motion to Sever Padilla's Third-Party Complaint from Plaintiff's case for trial purposes before the Honorable Thomas M. Durkin.

5. Third Party discovery and expert discovery schedule, if necessary, to be proposed upon completion of party fact discovery on the Third-Party Complaint.

**SUBMITTED JOINTLY AND BY AGREEMENT OF THE PARTIES:**

Date: April 25, 2022

| **PLAINTIFF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | **DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS** |
|---|---|
| /s/ Shana A. Shifrin<br>Shana A. Shifrin (sshifrin@burkelaw.com)<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 21st Floor<br>Chicago, Illinois 60611-3607<br>Telephone: (312) 840-7000<br>Facsimile: (312) 840-7900 | /s/ Jordana E. Thomadsen<br>James M. Dash (jdash@carlsondash.com)<br>Jordana E. Thomadsen (jthomadsen@carlsondash.com)<br>Carlson Dash, LLC<br>216 Jefferson St., Ste 504<br>Chicago, Illinois 60661<br>Telephone: (312) 382-1600<br>Facsimile: (312) 382-1619<br><br>/s/ Eric S. Rein<br>Eric S. Rein (rrein@hmblaw.com)<br>Matthew R. Barrett (mbarrett@hmblaw.com)<br>Horwood Marcus & Berk Chartered<br>500 Madison St., Ste 3700<br>Chicago, Illinois 60661<br>Telephone: (312) 606-3200<br>Facsimile: (312) 606-3232 |
| **DEFENDANT MARTHA PADILLA** | **THIRD-PARTY DEFENDANT FIRST MIDWEST BANK** |
| /s/ Joseph R. Ziccardi<br>Joseph R. Ziccardi (jziccardi@ziccardilaw.com)<br>Ziccardi Law Offices<br>77 W. Washington Street, Suite 705<br>Chicago, Illinois 60602-3641<br>Telephone: (312) 372-3477 | /s/ Adam B. Rome<br>Adam B. Rome (arome@grglegal.com)<br>Zachary P. Mulcrone (zmulcrone@grglegal.com)<br>Greiman, Rome & Griesmeyer, LLC<br>205 West Randolph, Suite 2300<br>Chicago, Illinois 60606<br>Telephone: (312) 428-2743<br>Facsimile: (312) 332-2781 |