IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-CV-05770 |
| ROBERT KOWALSKI, AKA ROBERT M. KOWALSKI; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; CHICAGO TITLE LAND TRUST COMPANY s/i/i TO BRIDGEVIEW BANK GROUP FKA BRIDGEVIEW BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED APRIL 24, 1993 AND KNOWN AS TRUST NUMBER 1-2228; MARTHA PADILLA; FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1512 W. Polk Street Chicago, IL 60607 |
| Defendants. | ) | |

**PRINCIPAL PARTIES' JOINT STATUS REPORT ON DISCOVERY**

The principal parties in this litigation, Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Federal Bank for Savings ("FDIC-R"), and Defendant Martha Padilla ("Padilla") (collectively, the "Parties") hereby jointly submit this Status Report pursuant to Court Order. (*See* Dkt. 196).

A.  **STATUS OF APPRAISAL OF PROPERTY.**

1.  In a Joint Status Report filed on April 25, 2022 (Dkt. 195), the Parties reported that they were interested in a second pre-trial settlement conference, subject to Chase and FDIC-R's precondition that they be permitted to complete a full appraisal and interior inspection of the subject property.

2. The appraiser was granted interior access for an appraisal on May 23, 2022, and the full appraisal and report is expected on or about May 26, 2022.

B. PRE-TRIAL SETTLEMENT CONFERENCE.

1. Accordingly, the Parties are prepared to proceed with a pre-trial settlement conference.

2. Magistrate Judge McShain previously has advised of her availability on June 14, 2022 from 9 am – 12 pm, and the Parties would like to schedule a conference on this date and time.

C. ANY OTHER ISSUES TO REPORT TO THE COURT.

None.

SUBMITTED JOINTLY AND BY AGREEMENT OF THE PARTIES:

Date: May 24, 2022

**PLAINTIFF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

/s/ Shana A. Shifrin
Shana A. Shifrin (sshifrin@burkelaw.com)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900

**DEFENDANT MARTHA PADILLA**

/s/ Joseph R. Ziccardi
Joseph R. Ziccardi
(jziccardi@ziccardilaw.com)
Ziccardi Law Offices
77 W. Washington Street, Suite 705
Chicago, Illinois 60602-3641
Telephone: (312) 372-3477

**DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS**

/s/ James M. Dash
James M. Dash (jdash@carlsondash.com)
Carlson Dash, LLC
216 Jefferson St., Ste 504
Chicago, Illinois 60661
Telephone: (312) 382-1600
Facsimile: (312) 382-1619

/s/ Rick Rein
Eric S. Rein (rrein@hmblaw.com)
Matthew R. Barrett (mbarrett@hmblaw.com)
Horwood Marcus & Berk Chartered
500 Madison St., Ste 3700
Chicago, Illinois 60661
Telephone: (312) 606-3200
Facsimile: (312) 606-3232